[No. 19409.   Department Two.   January 25, 1926.]

T. PAPPADAKIS, *sole trader, doing business under the name and style of Athenian Confectionery & Bakery, Respondent,* v. SUPERIOR FIRE INSURANCE COMPANY *et al., Appellants.*[1]

Appeal from a judgment of the superior court for King county, Claypool, J., entered February 19, 1925, upon findings in favor of plaintiff, in an action upon a policy of fire insurance. Affirmed.

*Fred G. Clarke,* for appellants.
*Paul Carrigan,* for respondent.

PER CURIAM.—This is a companion case to that of *Pappadakis v. Netherlands Fire & Life Insurance Co., ante* p. 430, 242 Pac. 641. The two cases were presented upon the same briefs and the same statement of facts, and, upon the authority of that case, the judgment in this case will be affirmed.

---

[No. 19585.   Department Two.   February 25, 1926.]

*In the Matter of the Estate of* SARAH GROSE, *Deceased.*
DORIS PENLAND, *Appellant,* v. W. H. DIXON *et al., Respondents.*[2]

Appeal from a judgment of the superior court for King county, Dykeman, J., entered January 14, 1925, upon findings in favor of defendants, in an action tried to the court. Affirmed.

*Elledge R. Penland,* for appellant.
*Frank Oleson* and *Frank A. Steele,* for respondents.

PER CURIAM.—The sole question in this case is whether the deceased had made a present during her lifetime to the respondent Carrie Black of a policy of life insurance in the sum of $295. The trial court found that such a gift had been made, and a review of the testimony by this court does not show that it preponderates against the conclusion arrived at by the trial court, and for that reason the judgment is affirmed.

[1]Reported in 242 Pac. 643.
[2]Reported in 243 Pac. 1119.